435 A.2d 253

Commonwealth v. Johnson, Appellant.

Submitted December 5, 1980.  F. Emmet Ciccone, appellant;  Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence entered March 7, 1980 is affirmed.